17D02-2307-CT-000026

DeKalb Superior Court 2

Filed: 7/25/2023 11:07 AM
Clerk
DeKalb County, Indiana

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE DEKALB SUPERIOR COURT 2** |
| | ) SS: | |
| **COUNTY OF DEKALB** | ) | **CAUSE NO:** |
| | | |
| JOHNNY MULLENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JS HELWIG & SON, LLC and | ) | |
| RYAN E. McCORMICK, | ) | |
| | ) | |
| Defendants. | ) | |

# COMPLAINT

Plaintiff, JOHNNY MULLENS, for his Complaint against JS HELWIG & SON, LLC and RYAN E. MCCORMICK, alleges and states as follows:

1. At all times relevant, JS HELWIG & SON, LLC (herein "HELWIG TRUCKING") was and is an interstate motor carrier subject to the Federal Motor Carrier Safety Regulations, operating through and within the state of Indiana.

2. At all times relevant herein, Ryan E. McCormick (herein "McCormick") was a professional truck driver employed by HELWIG TRUCKING.

3. At all times relevant, JOHNNY MULLENS ("JOHNNY") was and is a resident of the State of Indiana.

—1—

4. At all times relevant herein, there was in full force and effect in the State of Indiana I.C. § 8-2.1-24-18, a statute incorporating by reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations (hereinafter "FMCSRs").

5. On July 18, 2023, McCormick was operating HELWIG TRUCKING's 2020 Freightliner Cascadia conventional semi-tractor with attached 2020 Utility refrigerated trailer (hereinafter collectively "the tractor-trailer"), under the dispatch and control of HELWIG TRUCKING, northbound on I-69 near mile marker 332 in DeKalb County, Indiana.

6. On July 18, 2023, JOHNNY was completely off of the roadway, and was in a Case tractor mowing the grass adjacent to the shoulder.

7. On and before July 18, 2023, HELWIG TRUCKING, and its principals, managers, agents, and/or employees, including McCormick, were subject to the Federal Motor Carrier Safety Regulations and owed a duty to use reasonable care.

8. On and before July 18, 2023, McCormick was subject to the Federal Motor Carrier Safety Regulations and owed a duty to use reasonable care.

9. On and before July 18, 2023, HELWIG TRUCKING and McCormick breached the foregoing duties and were negligent, willful, wanton and/or reckless.

10. On July 18, 2023, as a direct and proximate result of the aforesaid negligence, willfulness, wantonness, and/or recklessness, HELWIG TRUCKING and McCormick

drove their tractor-trailer off the interstate, across the shoulder, and into the grassy area where JOHNNY was mowing, crashing their tractor-trailer with great force and violence into JOHNNY's mowing tractor.

11. As a direct and proximate result of the foregoing crash and the conduct of HELWIG TRUCKING and McCormick, JOHNNY was physically injured, *inter alia.*, a severe traumatic brain injury with bleeding on his brain, broken pelvis, broken neck, broken back, and, suffered emotional distress and sustained other permanent and severe personal injuries; he incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, rehabilitative, pharmaceutical, and other medical expenses; he suffered and will suffer physical pain, disfigurement, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; he lost time or wages and impairment of his earnings capacity; and JOHNNY incurred other injuries and damages of a personal and pecuniary nature.

12. At all times relevant herein, HELWIG TRUCKING exerted authority over McCormick's operation of its tractor-trailer, the means and methods employed by McCormick in his work, and provided him with the equipment, including, but not limited to, the tractor-trailer, motor carrier license, and load, necessary to accomplish his assigned tasks. As McCormick's employer and/or principal, HELWIG TRUCKING is vicariously liable for his negligence and conduct.

WHEREFORE, JOHNNY MULLENS, seeks the entry of judgment in Plaintiff's favor and against JS HELWIG & SON, LLC and RYAN E. MCCORMICK, and each of them, for compensatory and punitive damages in an amount to be determined herein, prejudgment interest, for the costs of this action, and for any and all other relief that the Court and Jury may deem proper under the circumstances.

ALLEN LAW GROUP
Attorneys for Plaintiff

/s/Bryan L. Bradley

Bryan L. Bradley (17877-46)

## JURY DEMAND

Plaintiff demands trial by jury on his Complaint.

ALLEN LAW GROUP
Attorneys for Plaintiff

/s/Bryan L. Bradley

Bryan L. Bradley (17877-46)



Reply to Office Indicated

☑ **ALLEN LAW BUILDING:**
501 Allen Court, Suite 3000
Chesterton, IN 46304
219.465.6292

☐ **CHICAGO OFFICE:**
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292

☐ **MERRILLVILLE OFFICE:**
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ **ORLAND PARK OFFICE:**
15255 S. 94th Avenue
Orland Park, IL 46462
708.460.6292

☐ **INDIANAPOLIS OFFICE:**
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ **WILL COUNTY OFFICE:**
10062 W. 190th Place
Mokena, IL 60448
815.725.6292

www.Allen.Law